**DISMISS; Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01045-CV

### WILLIAM C. TITUS, Appellant
### V.
### KIMBERLY A. KELLY, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-10004**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Evans

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 11, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated July 11, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated September 16, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to do so would

result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/ David Evans/
DAVID EVANS
JUSTICE

141045F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM C. TITUS, Appellant

No. 05-14-01045-CV      V.

KIMBERLY A. KELLY, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-10004.
Opinion delivered by Justice Evans. Chief Justice Wright and Justice Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KIMBERLY A. KELLY recover her costs of this appeal from appellant WILLIAM C. TITUS.

Judgment entered this 4th day of February, 2015.